UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 15-cv-20457
Hon. Matthew F. Leitman

v.

D1, DWAYNE DUPREE,

       Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS IDENTIFICATION EVIDENCE AND REQUEST FOR AN EVIDENTIARY HEARING (ECF #69)

Before the Court is Defendant Dwayne Dupree's "Motion to Suppress Identification Evidence and Request for an Evidentiary Hearing" (the "Motion to Suppress"). (ECF #69.) **IT IS HEREBY ORDERED** that the Motion to Suppress is **DENIED** for the reasons stated on the record at the conclusion of the hearing held on July 27, 2016.

                              /s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: July 27, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 27, 2016, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda  
                                                        Case Manager  
                                                        (313) 234-5113