UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  Case No. 15-20457
                                  Hon. Matthew F. Leitman

v.

SHAWN PEARSON and
DWAYNE DUPREE

       Defendant.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S MOTION IN LIMINE REGARDING THE CROSS-EXAMINATION OF KIARA HOBBS (ECF #110)

On October 4, 2016, the government filed a "Motion In Limine Regarding the Cross-examination of Kiara Hobbs" (the "Motion"). (ECF #110.) The Court held a hearing on the Motion on January 27, 2017. For the reasons stated on the record at the January 27, 2017 hearing, the Motion is **GRANTED IN PART** and **DENIED IN PART**. Defendants are permitted to elicit on cross-examination whether Kiara Hobbs participated in a car-jacking, whether she was criminally charged for car-jacking, whether she entered into a cooperation agreement with the government, whether her car-jacking charge was dismissed, and whether she falsely held herself out as a prostitute during the car-jacking. In response to this line of questioning, the government may ask questions directed at clarifying the scope of Kiara Hobbs' role

in the car-jacking, but the government may not elicit testimony regarding the identity of any other persons involved in the car-jacking. Prior to the time that Kiara Hobbs testifies, the government shall advise her not to identify in any manner the other individuals involved in the car-jacking. Kiara Hobbs is not permitted to disclose the identity of any individual who participated in the car-jacking unless the Court expressly allows her to do so.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2017


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113