UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 15-20457
Hon. Matthew F. Leitman

v.

SHAWN PEARSON and
DWAYNE DUPREE

      Defendant.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY (ECF #106)

In this criminal case, the government seeks to admit expert testimony from Special Agent Joseph Jensen concerning the location of certain cell phones. On September 22, 2016, Defendant Shawn Pearson ("Pearson") filed a motion to exclude the expert testimony (the "Motion"). (*See* ECF #106.) Defendant Dwayne Dupree joined the Motion. (*See* ECF #107). The Court held a *Daubert* hearing on January 27, 2017 (the "*Daubert* Hearing"). For the reasons stated on the record at the *Daubert* Hearing, the Motion is **DENIED**. Special Agent Jensen may offer his proposed opinion testimony subject to the limitations and in the manner stated by Court at the *Daubert* Hearing.

    **IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2017, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (313) 234-5113