UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Criminal No. 15-cr-20457
                                                      Hon. Matthew F. Leitman

v.

D-1    DWAYNE DUPREE,
D-3    SHAWN PEARSON.

       Defendants.
_____/

## ORDER GRANTING MOTION PERMITTING FIREARMS IN THE COURTHOUSE AS EXHIBITS

Upon motion of the government, and for the reasons stated therein, firearms may be brought into the building by Task Force Officer Robert Harris, of the Federal Bureau of Investigation (FBI) or by a fellow agent or police officer assisting in the above case.

Upon being presented with this order, the court security officers shall permit these firearms into the courthouse. The firearms shall be handled consistent with 95-AO-079. A court security officer shall escort the agent and the firearms to the Marshals Service office where the firearms will be inspected and secured by Supervisory Deputy United States Marshals. Once the firearms to the deemed safe, the court security officer and the agent will transport the firearms to the

courtroom. The case agent is responsible for the security of the firearms - for the duration of the trial – shall coordinate with the Marshals Service for transportation of the firearms to and from the appropriate courtroom. The firearms may be stored overnight in the Marshals Service vault, and after the trial is completed they shall be removed from the courthouse.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113