UNITED STATES DSITRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D1, DWAYNE DUPREE,
D3, SHAWN PEARSON,

        Defendants.
_____/

Case No. 15-cr-20457
Hon. Matthew F. Leitman

## ORDER FOR LUNCHEON FOR JURORS

**IT IS ORDERED** that the fourteen (14) jurors in the above case be furnished their luncheon at the expense of the United States for February 13, 2017.

_____
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2017, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (313) 234-5113